

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00861-CV

In the Interest of **N.T.P.**, **C.C.P.**, and **P.C.P.**, Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00028
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. No costs of appeal are taxed against appellant because she qualifies as indigent. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED June 7, 2023.

Liza A. Rodriguez, Justice